If he could not fly now, can he? I don't believe that that's true," especially a guy in his late 50s, who just doesn't know how to fly.